DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID SAMPSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-660

_____

September 1, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Susan St. John, Judge.

Deana K. Marshall, Deana K. Marshall, P.A., Riverview, for
Appellant.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.